IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    *Petitioner*,

v.                                                 Case No.: 1:25cv292-MW/MAF

SECRETARY, FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED without prejudice as duplicative**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 17, 2025.**

                                           s/Mark E. Walker          
                                           **United States District Judge**